No. 2022-2173

United States Court of Appeals for the Federal Circuit

---

**In re: PARKERVISION, INC.**
*Appellant*

---

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in No. IPR2021-00346.

---

**Notice of Intervention
by the United States Patent and Trademark Office**

Pursuant to the Court's Order dated February 21, 2023 (ECF No. 20), the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office ("Director") respectfully informs the Court that the Director hereby exercises the right under 35 U.S.C. § 143 to intervene in appeal number 2022-2173 from the decision of the Patent Trial and Appeal Board in the above referenced *inter partes* review proceeding. 35 U.S.C. § 143.

The Director respectfully requests that the undersigned counsel be permitted to enter their appearances on behalf of the Director.

Respectfully submitted,

Dated: March 23, 2023      */s/ Benjamin T. Hickman*
　　　　　　　　　　　　　Thomas W. Krause
　　　　　　　　　　　　　*Solicitor*

Farheena Y. Rasheed
*Deputy Solicitor*

Peter J. Ayers
*Senior Counsel for Patent Law and Litigation*

Benjamin T. Hickman
Michael S. Forman
*Associate Solicitors*

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8
P.O. Box 1450
Alexandria, Virginia 22313-1450
Tel: 571-272-9035

*Attorneys for the Director of the United States Patent and Trademark Office*